IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MAURICE-EDWARD: THOMPSON,

        Plaintiff,

v.                                      CIVIL ACTION NO.   2:24-cv-00268

S. WILSHIRE,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On February 12, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 17] ("PF&R") and recommended that Defendant's motion be denied without prejudice, and Plaintiff be granted a reasonable period of time from the presiding District Judge's adjudication of the instant PF&R to file an amended complaint. Plaintiff filed his Amended Complaint on February 24, 2025 [ECF No.18].

        A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R. Defendant's motion is **DENIED without prejudice**, and Plaintiff is permitted to file his Amended Complaint [ECF No. 18].

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:　　March 5, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE